IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| LORENZO EADY, JR., <br><br> Plaintiff, <br><br> v. <br><br> TERRY E. BARNARD, Chairman; GREGORY DOZIER; BRIAN P. KEMP; and RUTLEDGE STATE PRISON, <br><br> Defendants. | CIVIL ACTION NO.: 4:20-cv-261 |

## O R D E R

After a careful *de novo* review of the entire record, the Court concurs with the Magistrate Judge's December 17, 2020, Report and Recommendation, (doc. 5), to which no objections have been filed. As plaintiff has failed to remit the required filing fee or to seek its waiver, the Court **ADOPTS** the Report and Recommendation as its opinion. (Doc. 5). This case is **DISMISSED WITHOUT PREJUDICE**, and the Clerk of Court is **DIRECTED** to **CLOSE** this case.

**SO ORDERED**, this 2nd day of June, 2021.

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA