# United States District Court
## Southern District of Georgia

LORENZO EADY, JR.,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

V.

CASE NUMBER: 4:20-cv-261

TERRY E. BARNARD, Chairman, et. al.

    Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order dated June 2, 2021, adopting the Magistrate Judge's Report and Recommendation as the Court's opinion, this case is hereby dismissed without prejudice. This case stands closed.

Approved by: _____

June 24, 2021
Date



John E. Triplett, Clerk of Court
Clerk

_____
(By) Deputy Clerk